## IN THE SUPREME COURT OF THE STATE OF NEVADA

WILBERT ROY HOLMES,
Appellant,

vs.

CAPUCINE YOLANDA HOLMES,
Respondent.

No. 83405

FILED

NOV 02 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

On September 28, 2021 this court issued an order to show cause why this appeal should not be dismissed for lack of jurisdiction. Appellant has filed a response to the order to show cause stating that he "believes that the Order appealed from does not present an appealable determination in this court." In addition, appellant has filed a motion for a voluntary dismissal of this appeal. The motion is granted and this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

_____, C.J.

cc: Hon. Heidi Almase, District Judge, Family Court Division
Isso & Associates Law Firm, PLLC
Heaton Fontano, Ltd.
Eighth District Court Clerk

21-31534